FILED

03/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0037

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0037

IN THE MATTER OF:

A.D.,

    A Youth in Need of Care.

---

**ORDER**

---

    Upon consideration of Appellant Mother's motion for an extension of time, affidavit in support, and good cause appearing therefore,

    IT IS HEREBY ORDERED that Appellant Mother is granted an extension of time to and including April 28, 2021, within which to prepare, file, and serve her Opening Brief on appeal.  No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 22 2021